UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLOS OSORIO,                           )
                      Plaintiff,     )
                                         )
                                         )
vs.                                      )  CA No. 06-10725-NMG
                                         )
                                         )
ONE WORLD TECHNOLOGIES, INC.,     )
et al,                                   )
                      Defendants.     )

BEFORE:   THE HONORABLE NATHANIEL M. GORTON

JURY TRIAL DAY 9

John Joseph Moakley United States Courthouse
Courtroom No. 4
One Courthouse Way
Boston, MA 02210
Thursday, March 4, 2010
9:06 a.m.

Cheryl Dahlstrom, RMR, CRR
Debra M. Joyce, RMR, CRR
Official Court Reporters
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 3209
Boston, MA 02210
Mechanical Steno - Transcript by Computer

APPEARANCES:

     BOIES, SCHILLER & FLEXNER LLP
     By:  George F. Carpinello, Esq., and
         Teresa A. Monroe, Esq.
     10 North Pearl Street
     Albany, New York 12207
     - and -
     SULLIVAN & SULLIVAN LLP
     By:  Richard J. Sullivan, Esq.
     40 Washington Street
     Wellesley, Massachusetts 02481
     On behalf of the Plaintiff.

     SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
     By:  Michael S. Appel, Esq., and
         William F. Benson, Esq.
     101 Merrimac Street
     Boston, Massachusetts 02114-4737
     On behalf of the Defendants.

P R O C E E D I N G S

THE COURT:  Good morning, jurors.

THE JURY:  Good morning.

THE COURT:  I want to ask you if you've been able to honor my instructions last night about not talking to anyone else about the case.

May I have a show of hands in that regard?

Thank you very much; that's a unanimous showing.

You are then instructed to continue your deliberations.  We will be here if you need us.  So continue with your jury deliberations.

THE CLERK:  All rise for the jury.

(Jury left the courtroom.)

THE COURT:  We will be in recess until further notice.

MR. CARPINELLO:  Thank you, your Honor.

MR. APPEL:  Thank you.

(Recess taken at 9:08 a.m.)

(The jury entered the room at 3:08 p.m.)

THE CLERK:  Madam Foreperson, members of the jury, have you agreed upon a unanimous verdict?

THE FOREPERSON:  Yes, we have.

THE CLERK:  Please return your verdict to the Court.

THE COURT:  The verdict form is in order and may be recorded.

THE CLERK:  Madam Foreperson, members of the jury,

hearken to your verdict as the Court has received it.

NEGLIGENCE.  1a:  Were the Defendants Ryobi Technologies, Inc., and/or One World Technologies, Inc., negligent in designing the Ryobi BTS 15 table saw used by the plaintiff, Carlos Osorio, on the date of his accident?  "Yes."

1b:  Was the defective design of the Ryobi BTS 15 table saw used by Mr. Osorio on the date of the accident a cause of the accident?  "Yes."

1c:  Was Mr. Osorio negligent in connection with his use of the Ryobi BTS 15 table saw on the date of the accident? "Yes."

1d:  Was Mr. Osorio's negligence a cause of the accident?  "Yes."

1e:  What percentage of negligence is attributable to each party?  Mr. Osorio:  "35 percent."  One World Technologies and/or Ryobi:  "65 percent."

BREACH OF WARRANTY.  2a:  Did the Defendant Home Depot USA, Inc., breach the implied warranty of merchantability by selling a product, the Ryobi BTS 15 table saw, that was defectively designed?  "No."

2b:  Did the Defendants Ryobi and/or One World Technologies breach the implied warranty of merchantability by selling a product, the Ryobi BTS 15 table saw, that was defectively designed?  "Yes."

2c:  Was the defective design of the Ryobi BTS 15

table saw used by Mr. Osorio on the date of the accident a cause of the accident?  "Yes."

2d:  Did Mr. Osorio, with full knowledge of the product's defect and danger, nonetheless voluntarily and unreasonably use the Ryobi BTS 15 table saw on the date of the accident?  "No."

DAMAGES.  Question 3:  What amount of money, if any, do you award to Mr. Osorio to compensate him fully, fairly and reasonably for his injuries?  "$1,500,000."

So say you, Madam Foreperson?  And so say you all, members of the jury?

THE JURY:  We do.

THE COURT:  Counsel have any anything for the Court before the Court discharges the jury?

MR. CARPINELLO:  No, your Honor, except our thanks.

MR. APPEL:  Nothing, your Honor.

THE COURT:  All right, jurors.  I do thank you for your attention, concern and care in performing your civic duty over these past two weeks.  And because you have performed it, regardless of the direction of your verdict, justice has been done.

I hope you feel a sense of pride in your service because you have performed one of the most fundamental duties of your citizenship and one that distinguishes your duties from those of most other countries because, uniquely in the United

States, citizens have a right to a trial by jury of their fellow citizens.

So you are excused from further jury duty and dismissed with the thanks of this Court, and I hope that you will all return to your various walks of life with a new understanding and appreciation of what doing justice in this country is all about.

You are discharged and we are adjourned.

(The jury was discharged at 3:15 p.m.)

THE COURT:  Be seated, counsel.  Is there anything that needs to come to my attention, before we adjourn, outside of the hearing of the jury?

MR. CARPINELLO:  Nothing from the plaintiff, your Honor.

MR. APPEL:  Nothing further, your Honor.

THE COURT:  All right.  I might say to counsel that it was a well-tried case and that both your clients should consider that they were well-served.  A well-tried case.

MR. CARPINELLO:  Thank you, your Honor.

MR. APPEL:  Thank you, your Honor.

(Whereupon, at 3:15 p.m. the trial concluded.)

C E R T I F I C A T E

We certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter to the best of our skills and ability.

/s/Debra M. Joyce                    03/04/2010

Debra M. Joyce, RMR, CRR            Dated

Official Court Reporter

/s/Cheryl Dahlstrom                  03/04/2010

Cheryl Dahlstrom, RMR, CRR          Dated

Official Court Reporter